134

ADM INVESTOR SERVICES, INC.,
Plaintiff—Appellant,

v.

Gary L. VOSE, Defendant-third-
party-plaintiff—Appellee,

v.

Investors Equity Life Insurance Compa-
ny of Hawaii, Ltd., a Hawaii corpora-
tion, Third-party-defendant—Appellee.

No. 04–16167.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 10, 2005.

Decided May 31, 2005.

Lawrence R. Samuels, Esq., Ross &
Hardies, Chicago, IL, for Plaintiff–Appel-
lant.

Paul A. Schraff, Dwyer Imanaga &
Schraff, Lyle S. Hosoda, Esq., Lyle S.
Hosoda & Associates, Honolulu, HI, E.
Duncan Getchell, Esq., McGuire, Woods,
Battle & Boothe, Richmond, VA, for De-
fendant–Third–Party–Plaintiff–Appellee.

Dale W. Lee, Esq., Kobayashi, Sugita &
Goda, Honolulu, HI, Howard Schiffman,
Dickstein Shapiro Morin & Oshinsky,
LLP, Washington, DC, for Third–Party–
Defendant–Appellee.

Before: D.W. NELSON, KOZINSKI,
and CALLAHAN, Circuit Judges.

## MEMORANDUM *

ADM Investor Services, Inc. appeals the
district court's grant of summary judg-
ment to Gary Vose. Because the parties
are familiar with the facts of this case, we
reference the facts here only as they are
necessary to explain our disposition.

ADM argues that its claims against Vose
are not claims for contribution, and there-
fore are not barred by the Hawaii Uniform

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts of this circuit except as provided by Ninth
Circuit Rule 36–3.

Contribution Among Tortfeasors Act. The instant action is ADM's attempt at an end-run around the Tortfeasors Act, which bars contribution claims among joint tortfeasors when there is a release of liability like the one here. Haw.Rev.Stat. §§ 663–14 to –15 (1993). Each of ADM's claims seeks to apportion to Vose damages based on Vose's alleged misconduct in causing the third-party defendant's damages, and such a shift in liability constitutes contribution.

AFFIRMED.